PS8

# United States District Court
## for the District of Utah

## Request and Order to Amend Conditions of Pretrial Release

Name of Defendant: **Merideth Smith**                Docket Number: **2:09-CR- 243-TS**

Name of Judicial Officer: **Honorable Samuel Alba, United States Magistrate Judge**

Date of Release: **June 10, 2009**

## PETITIONING THE COURT

[ X ]   To amend the conditions of pretrial release as follows:

To allow Pretrial Services authority to grant interstate travel permission for the defendant.

## CAUSE

The defendant is requesting travel to Detroit, Michigan June 20, 2010 through June 23, 2010 to attend training related to her employment. Ms. Smith works for the Womens Shelter located in Blanding, Utah.

I declare under penalty of perjury that the foregoing is true and correct

*Steve Mockli*
Steve Mockli
United States Pretrial Services Officer
Date: May 12, 2010

## THE COURT ORDERS:

[X]   That the conditions of pretrial release be amended as outlined above

[ ]   No action

[ ]   Other

*Samuel Alba*
Honorable Samuel Alba
United States Magistrate Judge

Date: 5/13/10